WM. H. YOUNG v. CHAS. BICKLEY.

(No. 1972, Op. Book No. 2, p. 328.)

APPEAL from Bexar County.   Opinion by WATTS, J.

§ 1073. *Affidavit in lieu of appeal bond.* An affidavit made in lieu of an appeal bond, on appeal from justice's to county court, which stated that the party appealing, "by reason of his poverty, is unable to give the appeal bond in this case," was not in compliance with the law, and the judgment of the county court was reversed and the cause dismissed. [Green v. Martin, 43 Tex. 653; Ewell v. Anderson, 49 Tex. 697.]

May 25, 1881.                    Reversed and dismissed.